IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | NO. C 05-00546 JW |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NUONG NGUYEN, | |
| Defendant(s). | |

In light of the June 6, 2005 entry of default by the Clerk of Court, the case management conference scheduled for June 13, 2005 is vacated. Should Plaintiff choose to file a motion for default judgment, Plaintiff shall notice its motion for hearing on August 22, 2005 at 9:00 a.m. Plaintiff's motion shall be filed in accordance with the Court's Local Rules. Plaintiff's request to appear telephonically at the June 13, 2005 Case Management Conference is denied as moot.

Dated: June 8, 2005 /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan J. Kessel Akessel@buchalter.com
Sandeep J. Shah sshah@buchalter.com
Suzanne M. Burke sburke@buchalter.com

**Dated: June 8, 2005**                                             **Richard W. Wieking, Clerk**

                                                                    **By: /jwchambers/**
                                                                          **Ronald L. Davis**
                                                                          **Courtroom Deputy**