Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>NUONG NGUYEN,<br><br>  Defendant. | Case No.: CV-05-0546 JW<br><br>Hon. James Ware<br><br>**REQUEST TO VACATE DEFAULT ENTERED AGAINST DEFENDANT NUONG NGUYEN; [PROPOSED] ORDER THEREON** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

The undersigned counsel of record for Plaintiff DIRECTV, Inc. ("DIRECTV"), respectfully requests that the Court vacate the default entered against Defendant NUONG NGUYEN ("Defendant").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BNFY 567029v1                                              1                                   (CV-05-0546 JW)
**REQUEST TO VACATE DEFAULT ENTERED AGAINST DEFENDANT NUONG NGUYEN;
[PROPOSED] ORDER THEREON**

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE

DIRECTV inadvertently filed its Request for Entry of Default Against Defendant Nuong Nguyen on May 31, 2005 when Defendant had in fact electronically filed his answer to the Complaint in this matter on February 7, 2005. Therefore, DIRECTV respectfully requests that the default entered against Defendant on June 6, 2005 be vacated, and the case be returned to the Court's calendar.

DATED: June 9, 2005

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: _____/s/ Sandeep J. Shah_____
       Sandeep J. Shah
       Attorneys for Plaintiff DIRECTV, INC.

## **ORDER**

Having read the foregoing Request to Vacate Default Entered Against Defendant Nuong Nguyen, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. That the default entered on June 6, 2005 against Defendant Nuong Nguyen is hereby vacated; and

2. The Case Management Conference is re-set for August 22, 2005 at 10:00 a.m.

DATED: June 13, 2005

/s/ James Ware
Honorable James Ware
United States District Court
Northern District of California

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE

BNFY 567029v1    2    (CV-05-0546 JW)

**REQUEST TO VACATE DEFAULT ENTERED AGAINST DEFENDANT NUONG NGUYEN;
[PROPOSED] ORDER THEREON**