**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION
8    DIRECTV, Inc.,                          NO. C 05-00546 JW
9              Plaintiff,              **ORDER TO SHOW CAUSE RE:**
        v.                             **SETTLEMENT**
10
11   Nuong Nguyen,
12             Defendant.
                                          /
13        On March 1, 2006, the parties filed a joint notice of settlement, informing the Court that the
14   above-entitled matter has reached a settlement.  In light of the settlement, the Court vacates all trial
15   and pretrial dates.  On or before **May 15, 2006**, the parties shall file a stipulated dismissal pursuant
16   to Federal Rule of Civil Procedure 41(a).
17        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,
18   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **May 22, 2006** at
19   9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.
20   P. 41(b).  On or before **May 16, 2006**, the parties shall file a joint statement in response to the Order
21   to Show Cause.  The joint statement shall set forth the status of the activities of the parties for
22   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.
23   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically
24   vacated.
25        Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
26   this action.
27   Dated:  March 3, 2006                    _____
                                              JAMES WARE
28                                            United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Alan J. Kessel Akessel@buchalter.com
    Brandon Quoc Tran btran@buchalter.com
3   Keli Nicole Osaki Kosaki@buchalter.com
    Kimberly Rene Colombo kkatz@buchalter.com
4   Sandeep J. Shah sandeep@shahshethlaw.com
    Suzanne M. Burke sburke@buchalter.com

5

6   **Dated:  March 3, 2006**                    **Richard W. Wieking, Clerk**

7

8                                                **By:  /s/ JW Chambers**
                                                      **Melissa Peralta**
9                                                     **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28