1 Debra Healy Deem (Cal. Bar No. 89183)
Brandon Q. Tran (Cal. Bar No. 223435)
2 **BUCHALTER NEMER**
A Professional Corporation
3 18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
4 Telephone: (949) 760-1121
Facsimile: (949) 720-0182
5 E-mail: btran@buchalter.com

6 Attorneys for Plaintiff DIRECTV, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN JOSE DIVISION**

11 DIRECTV, INC., a California corporation,    | Case No. CV-05-0546 JW

12            Plaintiff,                       | Hon. James Ware

13      vs.                                    | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT NUONG NGUYEN;**
14 NUONG NGUYEN,                               | ~~**[PROPOSED]**~~ **ORDER THEREON**

15            Defendant.

16

17          Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")

18 hereby respectfully requests that the Court enter an Order dismissing the above-captioned action

19 without prejudice as to Defendant Nuong Nguyen ("Defendant").  This request is made on the

20 grounds that Defendant and DIRECTV have entered into an agreement settling this matter.

21 Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action

22 against Defendant, each party to bear its/her own attorneys' fees and costs incurred in this action

23 to date.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

BN 829524v1                                    1                            (CV-05-0546 JW)

1    Defendant answered the Complaint on or about February 7, 2005.  DIRECTV,

2  therefore, cannot unilaterally dismiss this action against Defendant absent a Court Order.  Fed. R.

3  Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an order dismissing

4  Defendant without prejudice.

5  DATED: May 1, 2006                         Respectfully Submitted,

6                                             BUCHALTER NEMER
                                              A Professional Corporation
7

8

9  By:            /s/ Brandon Q. Tran
                                              Brandon Q. Tran
                                   Attorneys for Plaintiff DIRECTV, Inc.
10

11                                **ORDER**

12         Having read the foregoing Request for Voluntary Dismissal of Defendant

13  Nuong Nguyen filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed

14  appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as

15  follows:

16         1.    This action is hereby dismissed without prejudice as against Defendant

17  Nuong Nguyen; and

18         2.    Each party shall bear its/her own attorneys' fees and costs incurred in this action to

19  date.

20  DATED: MAY 3, 2006

21

22                                   Honorable James Ware
                                     United States District Court
                                     Northern District of California
23

24

25

26

27

28

BN 829524v1                              2                          (CV-05-0546 JW)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT NUONG NGUYEN;**
**[PROPOSED] ORDER THEREON**

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On May 1, 2006, I served the foregoing document described as: **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT NUONG NGUYEN; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Tam Nguyen, Esq.
Tam Nguyen & Associates
545 East St. John Street
San Jose, CA 95112

**(Attorney for Defendant Nuong Nguyen)**

**[X]      BY MAIL**      I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause.  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

**[X]**      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 1, 2006, at Irvine, California.

Joanne D. Mealey-Hatch____                           _____/s/ Joanne D. Mealey-Hatch____

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT NUONG NGUYEN; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.